**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

COCOON INNOVATIONS, LLC,

       Plaintiff,

v.

DONGGUAN JIAWEI SPORTING GOODS
CO., LTD., et al.,

       Defendants.

Case No. 18-cv-08290

**Judge Sharon Johnson Coleman**

**Magistrate Judge M. David Weisman**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 12, 2019 [41], in favor of Plaintiff Cocoon Innovations, LLC ("Cocoon" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of counterfeit COCOON Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Cocoon acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Pesine | 16 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 27th day of June 2019.          Respectfully submitted,


/s/RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Cocoon Innovations, LLC*

2