**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COCOON INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DONGGUAN JIAWEI SPORTING GOODS CO., LTD., et al.,<br><br>    Defendants. | Case No. 18-cv-08290<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge M. David Weisman** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on March 12, 2019 [41], in favor of Plaintiff Cocoon Innovations, LLC ("Cocoon" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of counterfeit COCOON Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Cocoon acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Shenzhen Kosy Industrial Co., Limited | 5 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 11th day of October 2019.     Respectfully submitted,

                                                    /s/RiKaleigh C. Johnson
                                                    Amy C. Ziegler
                                                    Justin R. Gaudio
                                                    RiKaleigh C. Johnson
                                                    Greer, Burns & Crain, Ltd.
                                                    300 South Wacker Drive, Suite 2500
                                                    Chicago, Illinois 60606
                                                    312.360.0080 / 312.360.9315 (facsimile)
                                                    aziegler@gbc.law
                                                    jgaudio@gbc.law
                                                    rjohnson@gbc.law

                                                    *Counsel for Plaintiff Cocoon Innovations, LLC*